IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-140-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IBRAHIM N. OUDEH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has reviewed the motion to dismiss of defendant Ibrahim M. Oudeh [D.E. 24], Oudeh's supporting memorandum [D.E. 25], and the United States' response in opposition [D.E. 26]. In light of the plausible allegations in the complaint and the governing law, the court DENIES defendant Oudeh's motion to dismiss [D.E. 24].

SO ORDERED. This 8 day of December, 2022.

JAMES C. DEVER III
United States District Judge