IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-140-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| IBRAHIM N. OUDEH, et al., | ) |
| | ) |
| Defendants. | ) |

The court has reviewed the motion to dismiss of defendants Hanan Kharoufeh, The Naim Trust, FUMYXS, LLC, 4642 Jones Trust, and 421 Grovemont Trust (collectively, "defendants") [D.E.17], their supporting memorandum [D.E. 18], the United States' response in opposition [D.E. 21], and defendants' reply [D.E. 23]. In light of the plausible allegations in the complaint and the governing law, the court DENIES defendants' motion to dismiss [D.E. 17].

SO ORDERED. This 8 day of December, 2022.

JAMES C. DEVER III
United States District Judge