IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-140-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DR. IBRAHIM N. OUDEH, HANAN ) | |
| KHAROUFEH, THE NAIM TRUST, ) | |
| FUMYXS, LLC, 4642 JONES TRUST, ) | |
| and 421 GROVEMONT TRUST, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on two motions: the motion to compel filed by Defendants Hanan Kharoufeh, The Naim Trust, FUMYXS, LLC, 4642 Jones Trust, and 421 Grovemont Trust (collectively, the "Kharoufeh Defendants") [DE-50] and the motion for protective order filed by the United States against the Kharoufeh Defendants [DE-56]. The court has been advised that the United States and the Kharoufeh Defendants have agreed in principle to all material terms of settlement resolving all matters in controversy between them. Therefore, the motion to compel and motion for protective order are DENIED AS MOOT.

So ordered, the 16th day of November 2023.

Robert B. Jones, Jr.
United States Magistrate Judge