UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-140-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER OF DISMISSAL ) OF ALL REMAINING |
| DR. IBRAHIM N. OUDEH, HANAN KHAROUFEH, THE NAIM TRUST, FUMYXS, LLC, 4642 JONES TRUST, and 421 GROVEMONT TRUST, | ) CLAIMS IN ACTION ) ) ) |
| Defendants. | ) ) |

For good cause shown upon the United States' Motion to Voluntarily Dismiss Collection Action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, including that the collection claims at issue have been settled between the United States and Defendants Hanan Kharoufeh, The Naim Trust, FUMYXS, LLC, 4642 Jones Trust and 421 Grovemont Trust, the counterclaim of Defendant Ibrahim N. Oudeh has now been dismissed by order of the Court [DE 71], the lack of unfair and substantial prejudice to Defendant Oudeh, and to avoid the ineffective use of judicial and party resources, it is

HEREBY ORDERED that this action by the Plaintiff United States against all Defendants be dismissed without prejudice, each party to bear its own costs.

SO ORDERED. This __22__ day of __May__, 2024.

_____
JAMES C. DEVER III
United States District Judge