IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5.22.CV-140-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DR. IBRAHIM N. OUDEH, HANAN KHAROUFEH, THE NAIM TRUST, FUMYXS, LLC., 4642 JONES TRUST, and 421 GROVEMONT TRUST,

    Defendants.

**ORDER ALLOWING SUPPLEMENTATION OF RECORD ON APPEAL**

**THIS CAUSE** coming on to be heard before the undersigned Judge presiding upon the Motion of the defendant, Dr. Ibrahim N. Oudeh for an Order allowing the inclusion of various documents from civil action number 5:18-cv-9-D to be included in the Record on Appeal for the appeal of civil action number 5:22.cv-00140-D. The plaintiff does not object and has consented to the defendant Dr. Ibrahim N. Oudeh's Motion.

**WHEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED** that document numbers 1, 10, 54, 124, 124-1, 126, 127, 134,

137, 198 with 14 attachments, 199, 199-5, 201 with 1 attachment, 201-1, 207, and 208 from District Court Case No. 5-18-cv-0009-D shall be available for inclusion in the Record on Appeal to be submitted to the United States Court of Appeals for the Fourth Circuit.

SO ORDERED. This the 18 day of October, 2024.

JAMES C. DEVER III
United States District Judge